# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                                  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                    **GREENBELT, MARYLAND 20770**
                                                                                                                                           **301-344-0052**

## M E M O R A N D U M

TO:           Counsel of Record

FROM:      Judge Roger W. Titus

RE:           *USA v. Stanley Needleman*
                  Criminal No. RWT-11-449

DATE:      June 10, 2014

* * * * * * * * *

A hearing on Defendant Stanley Needleman's Motion for Early Termination of Supervised Release [ECF No. 57] is scheduled for **June 24, 2014 at 2:00 p.m**.

The Clerk is directed to mail a copy of this Memorandum Order to the Defendant, to Counsel for the Defendant, to Counsel for the Government, and to the U.S. Probation Office.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                 /s/
                                                Roger W. Titus
                                       United States District Judge