```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       SOUTHERN DISTRICT

- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :    Case No. 11-0449-RWT
                              :
     v.                       :
                              :
STANLEY NEEDLEMAN,            :
                              :
          Defendant.          :    Greenbelt, Maryland
                              :
- - - - - - - - - - - - - - - x    June 24, 2014
```

**HEARING**

          BEFORE:   THE HONORABLE ROGER W. TITUS, Judge


APPEARANCES:                    SANDRA WILKERSON, Esq.
                                Office of the U.S. Attorney
                                36 S. Charles Street
                                Fourth Floor
                                Baltimore, Maryland  21201
                                  On Behalf of the Government

                                STANLEY NEEDLEMAN, Pro Se
                                3418 Englemeade Road
                                Baltimore, Maryland  21208

Audio Operator:                 Jessica Ionetz

Transcription Company:          CompuScribe
                                5100 Forbes Boulevard
                                Suite 101
                                Lanham, Maryland  20706
                                301/577-5882


Proceeding recorded by electronic sound recording,
transcript produced by transcription service.

*CompuScribe*
*(301) 577-5882*

## **I N D E X**

|  | Page |
|---|---|
| Preliminary Matters | 3 |
| Request for Early Release from Supervised Probation | 3 |
| Finding - Judge Robert W. Titus | 4 |

1                        P R O C E E D I N G S

2              (Whereupon, at 2:18, the proceedings began.)

3              THE CLERK:  All rise.  This Honorable Court now

4    resumes in session.  The Honorable Roger W. Titus presiding.

5              THE COURT:  Good afternoon, please be seated.

6              MS. WILKERSON:  Good afternoon, Judge Titus.

7              MR. NEEDLEMAN:  Good afternoon.

8              MS. WILKERSON:  Your Honor, calling the matter of

9    United States versus Stanley Needle man, 11-RWT-449.  Sandra

10   Wilkerson on behalf of the U.S. Attorney's Office.  We are

11   here today on Mr. Needleman's request for a termination early

12   of his supervised release.

13             MR. NEEDLEMAN:  Good morning, Your Honor.

14             THE COURT:  Afternoon.

15             MR. NEEDLEMAN:  Good afternoon, that is correct.

16             THE COURT:  That is all right. Good to see you,

17   Mr. Needleman.

18             MR. NEEDLEMAN:  I have not had breakfast yet.

19             THE COURT:  All right.  Ms. Wilkerson, I asked the

20   Courtroom Deputy to inquire of you to whether you wanted the

21   probation officer here.  Your letter saying that you did not

22   oppose it said -- as long as Probation did not have a

23   problem.

24             MS. WILKERSON:  Right.  And --

25             THE COURT:  Are you satisfied that there is not a

1  problem?

2  MS. WILKERSON: I am satisfied that I know of no
3  problem with Mr. Needleman's compliance with all conditions
4  of supervised release.

5  THE COURT: Okay.

6  MS. WILKERSON: And obviously we had a lot of
7  contact last Fall and he was fully cooperative and --

8  THE COURT: Okay.

9  MS. WILKERSON: -- completely in compliance.

10  THE COURT: Including being in my courtroom again.

11  MS. WILKERSON: Exactly, Your Honor.

12  THE COURT: Yes, I understand. Okay. All right.
13  Mr. Needleman, anything you want to say before I act on your
14  request?

15  MR. NEEDLEMAN: No, Sir. I submit.

16  THE COURT: Okay. All right. Mr. Needleman, I say
17  the same thing when I do these proceedings like this, but I
18  will repeat them for your benefit.

19  The most difficult thing I do, by far and away,
20  is sentencings. Sentencings make a determination that
21  somebody's freedom and liberty, I stay up nights thinking
22  about sentencings. Yesterday I had an absolutely awful
23  sentencing where I gave somebody 120 years. You were not one
24  of those people. I gave you a more modest sentence. But
25  sentencing is very, very difficult and it is stressful and

1  so forth.
2              I -- well, from time to time get requests like
3  this one.  More often than not the request to terminate
4  supervision early comes from the probation officer
5  themselves, but some little form comes to me and says
6  approved, disapproved, schedule a hearing.  They know me and
7  they know what I am going to do in 99 percent of the cases,
8  which is schedule a hearing.
9              Now, why do I schedule a hearing?  I enjoy having
10 good times in the courtroom.  And enjoy having people come to
11 the courtroom for a happy time rather than an unhappy time.
12             There are three things that I like very much that
13 do not involve a lot of stress and they involve a lot of
14 happiness.  One is swearing in new citizens.  I enjoy doing
15 Naturalization.  Some people say I would like to avoid doing
16 that, can somebody cover for me.  I enjoy doing them because
17 I enjoy seeing people become citizens the hard way and
18 congratulate them.
19             Second thing I enjoy doing is Bar admissions.  I
20 take them seriously and have a good time doing them.
21             The third thing is this type of case.  In any case
22 in which I have sentenced someone and especially where I
23 gave the person a break, for the sake of a better word, and
24 put my trust and confidence that they would comply with all
25 the conditions that I imposed upon them.  I do not want to

1    just sign the form.  I asked to have the person brought back

2    before me because I want to make sure they know that I

3    appreciate that they carried out the trust that I placed in

4    them and that they are ready to resume their life as normal

5    members of society without the need for further supervision.

6            So, I am going to enter an Order, I do not have the

7    form here, but I will make up an Order for it, because this

8    was coming a little different way than normal.  But I will

9    enter an Order today terminating your supervision early.  I

10   congratulate you.  I know what you did was very, very wrong.

11   And I have already addressed that at your sentencing.

12           But I also recognize that you had a long career

13   before a number of Judges, not including me.  You had a

14   number of people testify for you that I am personally very

15   familiar with, including Joe Murphy.  And who thought very

16   highly of you other than the blemish that brought you before

17   me.  And you are salvageable and you are on the road to

18   recovery.  And I commend you.

19           So, what my practice is, is to sign the Order and

20   come down in the Fourth Circuit aisle and personally greet

21   you and congratulate you.  So, --

22           MR. NEEDLEMAN:  Thank you, Sir.

23           THE COURT:  -- I will do that right now.  Okay.

24           THE CLERK:  All rise.

25           (Whereupon, at 2:39, the proceedings concluded.)

<u>C E R T I F I C A T E</u>

      I certify that the foregoing is correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


_Karen Morganelli_     7/21/2016
Karen Morganelli             Date
Certified Transcriber
Certificate No.:  CET**D-577